## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SMITH MOVERS, INC. | ) | Case No. 15-35798 |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

### NOTICE OF MOTION

TO:  See Attached Service List:
     Patrick Layng
     USTPRegion11ES.ECF@usdoj.gov

      **PLEASE TAKE NOTICE** that on March 8, 2017, at the hour of 10:00 a.m., I shall appear before the honorable Judge **Jacqueline P. Cox** or any judge sitting in her stead in Courtroom 680 at 219 South Dearborn Chicago, IL and present the **DEBTOR'S MOTION FOR ENTRY OF FINIAL DECREE,** a copy of which is attached hereto and is herewith served upon you.

      **Smith Movers, Inc.**

Debtor
By:/s/  William E. Jamison, Jr.
      53 W. Jackson Blvd.
      Suite # 309
      Chicago, IL 60604
      (312) 226 - 8500

### CERTIFICATE OF SERVICE

      I, William E. Jamison, Jr., attorney for the debtor herein certify that I served the above - Notice of Motion and Motion  on the above parties via-electronic transmission and by depositing the same in the U.S. Mail first class postage pre-paid at 53 W. Jackson, Chicago, Illinois at or before 5:00 p.m. on February 28, 2017.

      /s/ William E. Jamison, Jr.

Label Matrix for local noticing
0752-1
Case 15-35798
Northern District of Illinois
Chicago
Tue Feb 28 13:05:28 CST 2017

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Goodwill Box Corporation
1820 N 30th
Melrose Park, IL 60160-1702

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, IL 60604-1705

Smith Movers Inc
7150 S Halsted
Chicago, IL 60621-1728

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Big O. Movers, Inc.
9400 Cottage Grove Ave.,
Chicago, IL 60619-7720

Big O. Movers, Inc.
C/O Jay K. Levy
P.O. Box 1181
Evanston, IL 60204-1181

Chicago Public Schools
42 West Madison 9th Floor
Chicago, IL 60602-4309

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Goodwille Box Corporation
1820 N. 30th Ave
Melrose Park, IL 60160-1702

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Illiniois Department Of Revenue
100 Wesyt Randolph St
Chicago, IL 60602

Illinois Department of Revenue Bankruptcy Se
P.O. Box 64338
Chicago, Illinois 60664-0338

Illinois Department of employment Security
33 S State St., 10th Flr Coll. Bkry
Chicago, Illinois 60603-2804
Attn. Amelia T. Yabes

Illinois Dept Of Employment Security
33 State Sreet,10th Floor
Chicago, IL 60603-2808

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

Karl Mills
4345 S. King Drive
Chiicago, IL 60653-3308

Midwes Moving & Storage, Inc.
C.O Tom Koziol
1701 East Lake Ave, Suite 170
Glenview, IL 60025-2085

Midwest Moving & Storage , Inc.
1255 Tonne Road,
Elk Grove Village, IL 60007-4925

Midwest Moving & Storage, Inc.
Kurt E Vragel Jr PC
1701 East Lake Ave.,
Glenview, Illinois 60025-2065

Smith Movers Inc
7150 S Halsted Street
Chicago, IL 60621-1728

William E Jamison Jr
& Associates
53 W Jackson Blvd Ste #309
Chicago, IL 60604-3401

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

William E. Jamison Jr
53 W. Jackson Blvd
Suite #309
Chicago, IL 60604-3401

William E. Jamison Jr.
William E. Jamison Jr., Attorney at Law
53 W. Jackson Blvd.
309
Chicago, IL 60604-3401

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IInternal Revenue Service
Cincinnatti, OH  45999

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Big "O" Movers Inc     (u)C. Murphy & Associates     (u)Chicago Public Schools

(u)Charmaine Cargill      End of Label Matrix
                          Mailable recipients   25
                          Bypassed recipients    4
                          Total                 29

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| SMITH MOVERS, INC. | ) | Case No. 15-35798 |
| | ) | |
| Debtor. | ) | Judge Jacqueline P. Cox |

## APPLICATION FOR FINAL DECREE
## AND ORDER OF SUBSTANTIAL CONSUMATION

**NOW COMES**, the Reorganized Debtor, **SMITH MOVERS, INC.** by and through there attorney **WILLIAM E. JAMISON, JR.**, and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1. On October 21, 2015, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On January 31, 2017, this Court held a hearing and entered an Order pursuant to Section 1129 of the Bankruptcy Code confirming the Debtors' Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. See attached Exhibit A, a true and correct copy of the Debtor's proof of payments for September.

4. Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

**WHEREFORE**, the Reorganized Debtor, SMITH MOVERS INC, ask this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

                Respectfully Submitted,
                SMITH MOVERS, INC.


                By:/s/ William E. Jamison, Jr.

William E. Jamison, Jr.
Attorney at Law
53 W. Jackson Blvd.
Suite 309
Chicago, IL 60604
(312) 226 8500